CONTINENTAL SECURITIES COMPANY et al., as Stockholders of the Michigan Central Railroad Company, on Behalf of Themselves and All Other Stockholders, Appellants, *v.* THE MICHIGAN CENTRAL RAILROAD COMPANY et al., Respondents.

*Continental Securities Co.* v. *Michigan Central R. R. Co.*, 160 App. Div. 127, affirmed.

(Argued January 13, 1916; decided January 25, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 24, 1914, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at Special Term on a motion for judgment on the pleadings as amended at the trial. The action is brought by the plaintiffs as stockholders of the Michigan Central Railroad Company, praying judgment that the agreement known as the "New York Central Lines Equipment Trust of 1913" and all leases of equipment executed and all trust certificates issued pursuant to the terms of such agreement be declared invalid, null, void and of no effect and be canceled, and that the defendants be enjoined from carrying out the agreement and any leases executed thereunder and from executing any further leases or delivering any further equipment or making any further payments or issuing any further equipment trust certificates thereunder.

*Elijah N. Joline* and *William Alban Ulman* for appellants.

*Albert H. Harris, Thomas Emery* and *Alexander S. Lyman* for Michigan Central Railroad Company et al., respondents.

*Charles Howland Russell* for Guaranty Trust Company of New York, respondent.

*Per Curiam.* The judgment should be affirmed, with costs to each party appearing and filing a separate brief, on the opinion in *Venner* v. *N. Y. C. '& H. R. R. R. Co.* (217 N. Y. 615), decided herewith.

WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDE-BACK, CARDOZO, SEABURY and POUND, JJ., concur.

Judgment affirmed.